CITY OF YONKERS, Appellant, *v.* THE FEDERAL SUGAR REFINING COMPANY, Respondent.

*City of Yonkers* v. *Federal Sugar Refining Co.*, 136 App. Div. 701, affirmed.
(Argued January 28, 1913; decided February 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1910, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial in an action to enjoin defendant from permitting black smoke, soot and dust to escape from chimneys of its plant in the city of Yonkers.

*Thomas F. Curran* for appellant.

*Charles Philip Easton* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of BURR, J., below.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.